Mark BRADFORD, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. ED 97767.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 25, 2012.

Chris Koster, John M. Reeves, Jefferson City, MO, for appellant.

K. Todd Taplin, Glen Carbon, IL, for respondent.

Before GARY M. GAERTNER, JR., C.J., KURT S. ODENWALD, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

The Director of Revenue appeals the judgment of the trial court in favor of Respondent Mark Bradford. We have reviewed the briefs of the parties and the record on appeal, and no error of law appears. An extended opinion would have no precedential value. The decision of the trial court is affirmed. Mo. R. Civ. P. 84.16(b) (2012).